UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELSEY CURTIS, | CASE NO. C19-1565 MJP |
| Plaintiff, | ORDER ON DEPOSITION DESIGNATIONS |
| v. | |
| JAMES RIVER INSURANCE COMPANY, | |
| Defendant. | |

In preparation for trial, the Parties submitted the transcript of the deposition of Greg Davis, MD, marked with objections (Dkt. No. 59). The Court has ruled on those objections on the transcript itself. The Court attaches to this Order as Exhibit A selected portions of the Davis deposition complete with the Court's rulings. Objections that were sustained are so noted. Objections that were overruled are marked "OR."

The clerk is ordered to provide copies of this order to all counsel.

Dated November 25, 2019.

Marsha J. Pechman
United States District Judge